883 A.2d 1054

STATE OF NEW JERSEY, PLAINTIFF–MOVANT,
v. DANIEL J. RUCKER, DEFENDANT.

September 12, 2005.

This matter having been duly considered and the Court having determined that the motion for leave to appeal was improvidently granted; it is

ORDERED that the Order granting the motion for leave to appeal (185 *N.J.* 33, 878 *A.*2d 851) filed July 22, 2005, is hereby vacated.

883 A.2d 1054

STATE OF NEW JERSEY, PLAINTIFF–MOVANT,
v. OSCAR STERLING, DEFENDANT.

September 12, 2005.

This matter having been duly considered and the Court having determined that the motion for leave to appeal was improvidently granted; it is

ORDERED that the Order granting the motion for leave to appeal (185 *N.J.* 33, 878 *A.*2d 851) filed July 22, 2005, is hereby vacated.